# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00499-RTG
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

LUIS MIGUEL RANGEL SOLANO,

 Petitioner,

v.

DIRECTOR AURORA ICE PROCESSING CENTER,

 Respondent.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner is being held at an immigration detention facility in Aurora, Colorado. Petitioner's "close friend," Maritza Elizabeth Martines Lopez, has submitted on Petitioner's behalf an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).[1] As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  ____ is not submitted
(2)  ____ is missing affidavit
(3)  ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: _____.

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) ___ is not on proper form (must use the District of Colorado form)
(13) xx is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx other: Ms. Martines Lopez may not represent Petitioner unless Ms. Martines Lopez is represented by counsel and demonstrates she has standing to act as Petitioner's "next friend."

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of Court mail to Petitioner, together with a copy of this order, a blank copy of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the Motion to Stay Transfer (ECF No. 3) filed by Ms.

Martines Lopez is **denied without prejudice** as premature as this matter is in initial review.

DATED February 9, 2026.

BY THE COURT:

*Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge